MARK W. WALLIN (SBN 331915)
mwallin@btlaw.com
MICHAEL P. WITCZAK (SBN 329960)
michael.witczak@btlaw.com
**BARNES & THORNBURG LLP**
2029 Century Park East, Suite 300
Los Angeles, California 90067
Telephone: 310-284-3880
Facsimile: 310-284-3894

Attorneys for Defendant
CRISIS 24, INC.; CRISIS24 PROTECTIVE SOLUTIONS, INC.; CRISIS24
PROTECTIVE SOLUTIONS, LP; CRISIS24 PROTECTIVE SOLUTIONS
HOLDINGS, INC.

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DUBWANA CLARK, an individual,<br><br>    Plaintiff,<br><br>    v.<br><br>CRISIS 24, INC.; CRISIS24 PROTECTIVE SOLUTIONS, INC.; CRISIS24 PROTECTIVE SOLUTIONS, LP; CRISIS24 PROTECTIVE SOLUTIONS HOLDINGS, INC.; and DOES 1-20, inclusive,<br><br>    Defendants. | Case No. 2:24-cv-08579<br><br>**NOTICE OF RELATED CASES IN SUPPORT OF DEFENDANTS' PETITION AND NOTICE OF REMOVAL**<br><br>**[DIVERSITY JURISDICTION]**<br><br>*[Filed concurrently with Notice of Removal, Declaration of Mark W. Wallin, Notice of Interested Parties, Declaration of Gabor Bukszar, and Civil Cover Sheet]*<br><br>Complaint Filed:  August 16, 2024<br>Trial Date:        Not Set<br>District Judge:    TBD<br>Magistrate Judge:  TBD |

**TO THE UNITED STATES DISTRICT COURT FOR THE CENTRAL DISTRICT OF CALIFORNIA, AND TO PLAINTIFF AND HIS COUNSEL OF RECORD:**

Pursuant to Local Rule 83-1.3.1 of this Court, the undersigned counsel of record for Defendants Crisis 24, Inc.; Crisis24 Protective Solutions, Inc.; Crisis24 Protective Solutions, Lp; Crisis24 Protective Solutions Holdings, Inc. ("Defendants") certify that Defendants are not aware of any actions previously filed or currently pending in the Central District or any other court that, together with the instant action, arise from or involve the same or closely related transactions, happening, or events, or call for determination of the same or substantially related or similar questions of law or fact, or will entail substantial duplication of labor if heard by different judges.

Dated October 4, 2024:                    **BARNES & THORNBURG LLP**

By: _/s/ Mark W. Wallin_____
        Mark W. Wallin
        Michael P. Witczak
        Attorneys for Defendants,
        CRISIS 24, INC.; CRISIS24
        PROTECTIVE SOLUTIONS, INC.;
        CRISIS24 PROTECTIVE
        SOLUTIONS, LP; CRISIS24
        PROTECTIVE SOLUTIONS
        HOLDINGS, INC.